**Appeal Dismissed and Memorandum Opinion filed October 4, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00556-CV

## VENUGOPAL REDDY THIYYAGURA, Appellant

## V.

## ITRIA VENTURES LLC, Appellee

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 21-DCV-289796**

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 28, 2022. The notice of appeal was filed July 27, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On September 8, 2022, this court ordered appellant to pay the appellate filing fee on or before September 19, 2022, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.